IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| HECTOR ARMANDO RODRIGUEZ,<br><br>                               Petitioner,<br><br>   v.<br><br>DERRAL ADAMS, Warden,<br><br>                              Respondent. | C 06-7462 PJH (PR)<br><br>**ORDER** |

GOOD CAUSE APPEARING, it is hereby ordered that Respondent may have until June 21, 2007, to file her answer to the petition for writ of habeas corpus. If Petitioner wishes to respond to the answer, he must do so by filing a traverse with the Court and serving it on Respondent within thirty days of his receipt of the answer.

DATED: __June 1_____, 2007.

_____
IT IS SO ORDERED
Judge Phyllis J. Hamilton