**United States District Court**
For the Northern District of California

1
2
3
4          UNITED STATES DISTRICT COURT
5          NORTHERN DISTRICT OF CALIFORNIA
6
7   HECTOR ARMANDO RODRIGUEZ,
8                  Petitioner,                    No. C 06-7462 PJH (PR)
9       vs.                                       **ORDER OF DISMISSAL**
10  DERRAL ADAMAS, Warden,
11                 Respondent.
                                              /
12
13          This is a habeas case filed pro se by a state prisoner.  Respondent's motion to
14  dismiss the petition as mixed was granted and petitioner was ordered to elect among the
15  three choices available to petitioners whose petition is mixed.  He was warned that if he did
16  not make the election within thirty days the case would be dismissed.  The order was
17  entered on February 5, 2008.
18          Petitioner has not responded to that order, but on May 5, 2005, he filed a notice of
19  change of address.  In it he also asks for copies of any orders entered in the month of April,
20  of which there were none.
21          The notice of change of address was filed so long after the court's February order
22  that it is unlikely that petitioner failed to receive that order because of his move, and his
23  reference to documents filed in April obviously does not imply that he did not receive the
24  February order.  Presumably petitioner filed the notice of change of address simply wants
25  to be sure he receives the order of dismissal, perhaps with an eye to appealing.  If this is
26  not true, he should move to reconsider this dismissal, and in the motion make the required
27  election and explain why he did not respond within thirty days.
28  ///

1    Because the petition is mixed, this case is **DISMISSED**.  The clerk shall close the

2    file.

3        **IT IS SO ORDERED.**

4    Dated:  May 16, 2008.                    _____

5                                                PHYLLIS J. HAMILTON
                                                United States District Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28    G:\PRO-SE\PJH\HC.06\RODRIGUEZ,H462.DSM-EXH.wpd

**United States District Court**
For the Northern District of California